**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 28 MAP 2019 |
| Appellant | : | |
| v. | : | |
| MOHAMMED AZEEM KHAN, | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**                                    **DECIDED: November 5, 2020**

**AND NOW,** this 5th day of November, 2020, the Unopposed Application to Discontinue Appeal and Remand to the Trial Court for Further Proceedings is GRANTED. The matter is REMANDED to the Court of Common Pleas of York County for proceedings consistent with *Commonwealth v. Lacombe*, 234 A.3d 602 (Pa. 2020).